RECEIVED
AUG - 3 2009
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

In re

COBB, WALTER L. a/k/a JUD-COR ENTERPRISES, INC.
& COBB, JUDY L. a/k/a ADIRONDAK CONCRETE FOUNDATIONS, INC.

Case No.: 03-15980

Chapter: 7

[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]

Debtor

Employer's Tax Identification No.(s) [if any] _____
Last four digits of Social Security No(s). 4876 & 1132

## ORDER APPROVING PAYMENT OF UNCLAIMED FUNDS

It is ordered that the application for payment of unclaimed funds in the amount of $2,092.80 is hereby approved and that pursuant to 28 U.S.C. 2042, the Bankruptcy Clerk pay this unclaimed money to the order of Citibank USA, NA and mail it to:

Citigroup d/b/a Citibank USA, NA
(Name of Creditor)

Attn: Kathleen S. Allen, Recovery & Escheatment Manger
(Name of Creditor)

3800 Citigroup Center, LOC 03-13
(Address of Creditor)

Tampa, Florida 33610
(Address of Creditor)

13-2938684
(Tax Identification Number of Creditor)

RECEIVED
AUG 1 4 2009
OFFICE OF THE BANKRUPTCY JUDGE
ALBANY, NY

RECEIVED & FILED
AUG 1 4 2009
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

BY THE COURT

_____
Honorable Robert E. Littlefield Jr.
Chief U.S. Bankruptcy Judge

At Albany, NY
Date: AUG 1 4 2009